**UNITED STATES DISTRICT COURT**        **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**        **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE        DATE:  5/27/26
        U.S. MAGISTRATE JUDGE        TIME:   1:15 pm

CASE:  **CV 21-5084(DG) Cudjoe v. Building Industry Electrical Contractors Association**
TYPE OF CONFERENCE:   MOTION        FTR: 1:10-1:43

APPEARANCES:
        For Plaintiff:   <u>James Goodley</u>

        For Defendant: <u>Jeffery Swyers</u>
                <u>Thomas Aljian</u>
                <u>Meredith Golfo</u>

**THE FOLLOWING RULINGS WERE MADE:**

☒    Order:  Oral argument held.  After the reviewing the parties' pleadings and the motion papers on all outstanding motions, DE [94], [102], [107], [111] the Court rules as follows:

        Plaintiff will file an Amended Complaint on June 10, 2026.  While the Amended Complaint may include a preamble, the numbered paragraphs should <u>focus on the facts</u> that support the remaining causes of action.  Further, <u>each remaining cause of action should be identified separately as to each Defendant</u>.
        Defendants will file their Answers to the Amended Complaint on June 24, 2026.
        Plaintiff's Replies will be filed on July 10, 2026.
        As to amended motions for judgment on the pleadings, because the motions have already been referred to this Court no pre-motion conference is necessary.
The Defendant Trustees' motion papers will be served on July 29, 2026.
Defendant BIECA's motion papers will be served on August 5, 2026.
All of Plaintiff's opposition papers will be served on August 31, 2026.
All Reply papers will be served on September 21, 2026.
        All 12(c) motion papers will be filed on September 22, 2026, and a courtesy copy of all papers will be sent to the chambers.
        The presently outstanding motions, DE [94], [102], [107], [111], are withdrawn without prejudice.
        Discovery will be held in abeyance until the 12(c) motions are decided.  All parties' rights are reserved in this regard.

                                SO ORDERED

                               /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge